# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146520(93)

LEON V. BONNER and MARILYN E.
BONNER,

      Plaintiffs/Counter-Defendants-
      Appellees,

v

CITY OF BRIGHTON,

      Defendant/Counter-Plaintiff-
      Appellant.

_____/

SC: 146520
COA: 302677
Livingston CC: 09-024680-CZ

On order of the Chief Justice, the motion of defendant/counter-plaintiff-appellant to extend the time to file its appeal brief is GRANTED. The brief will be accepted as timely filed if received on or before September 23, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 12, 2013           

                                         Clerk